# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2024-2896
_____

WILLIAM REED,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.


June 13, 2025

PER CURIAM.

    DISMISSED as untimely.

RAY, WINOKUR, and TANENBAUM, JJ., concur.
_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***
_____


William Reed, pro se, Appellant.

No appearance for Appellee.